IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 05cr20130-Bre |
| | ) | |
| **RAFAT JAMAL MAWLAWI,** | ) | |
| Defendant. | ) | |

## ORDER ON MOTION TO EXTEND TIME TO FILE MOTIONS

This matter is before the Court upon motion of the defendant to extend time in which to file motions. For good cause shown and without objection by the United States, the motion is GRANTED. The defendant shall have until ___June 17, 2005,___ to file motions in this cause.

IT IS SO ORDERED, this  17th  day of May, 2005

_____
JUDGE J. DANIEL BREEN
UNITED STATES DISTRICT COURT

-3-

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-20-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20130 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT