IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | Cr. No. 05-20130-B |
| vs.                             ) | |
|                                 ) | |
| RAFAT JAMAL MAWLAWI,            ) | |
|                                 ) | |
|         Defendant.              ) | |

## ORDER GRANTING ADDITIONAL TIME TO RESPOND

The United States has moved for additional time to respond to the Defendant's motion to suppress. The motion is granted and the United States has until July 18, 2005 to respond.

For good cause shown, it is so **ORDERED** this 7th day of July, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20130 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT