FILED IN OPEN COURT
DATE: 7/21/05
TIME: 9:41
INITIALS: AC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RAFAT JAMAL MAWLAWI,<br>Defendant. | )<br>)<br>)<br>)  Cr. No. 05-20130-B<br>)<br>)<br>)<br>) |

### ORDER ON MOTION TO RESCHEDULE SUPPRESSION HEARING AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

Before the Court is Defendant Rafat Jamal Mawlawi's Unopposed Motion to Reschedule Suppression Hearing due to the need for additional time for counsel to prepare for disposition of this case.

For good cause shown and without opposition from the government, Defendant's motion is hereby GRANTED. The suppression hearing shall be removed from the Court's July 21, 2005 docket and the court will hear from the parties regarding the need for a suppression motion during the report date currently set for August 29, 2005.

The period from July 21, 2005 to August 29, 2005 is excludable under 18 U.S.C. 3161 (h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 21st day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-21-05

(35)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20130 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT