IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA
      Plaintiff,

VS.

CR. NO. 05-20130-B

RAFAT JAMAL MAWLAWI,
      Defendant.

---

ORDER  DENYING  MOTION TO  SUPPRESS,
ORDER ON  CONTINUANCE AND SPECIFYING PERIOD OF  EXCLUDABLE  DELAY
AND <u>SETTING</u>

---

This cause came on for a Hearing on the Motion to Suppress on October 18, 2005.  After considering the testimony of witnesses, the evidence submitted, and statements of counsel, the court denied the motion to suppress, incorporating its factual findings and conclusions of law issued orally.  At that time, counsel for the defendant requested a continuance of the trial date to allow for further preparation in the case.

The Court hereby sets the trial date for the Criminal Rotation Docket beginning Monday, December 5, 2005, and **sets a Report Date of Monday, November 28, 2005 at 9:30 a.m.** in Courtroom #1 on the 11th floor of the Federal Building, Memphis, Tennessee.

The period from October 14, 2005  through December 16, 2005  is  excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _18th_ day of October, 2005.


J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20130 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT